

**IT IS ORDERED as set forth below:**

Date: December 6, 2018

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-41519-PWB |
| | § | |
| BRENDA DIANE GREEN, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| U.S. BANK TRUST, N.A., AS | § | |
| TRUSTEE FOR LSF9 MASTER | § | |
| PARTICIPATION TRUST, | § | |
|    Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| BRENDA DIANE GREEN; MARY IDA | § | |
| TOWNSON, Trustee | § | |
|    Respondents | § | |

**ORDER GRANTING MOTION
FOR RELIEF FROM STAY OF ACTION AGAINST DEBTOR PURSUANT TO 11
U.S.C. § 362(a) AND WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO 11
U.S.C. §362(e) FILED BY
<u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION
TRUST</u>**

On October 19, 2018, a Motion For Relief From Stay Of Action Against Debtor Pursuant To

11 U.S.C. §362(a) And Waiver Of Thirty Day Requirement Pursuant To 11 U.S.C. §362(e) (the

"Motion") was filed by U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, (the "Movant") (Docket No. 27) in the above-referenced case regarding real property located at 498 WATERFORD DR, CARTERSVILLE, GA 30120. Hearing before this Court was set for November 28, 2018. Movant contends that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure. No opposition was presented by Debtor, Debtor's counsel or Trustee, accordingly, it is

ORDERED that the Motion For Relief From Stay Of Action Against Debtor Pursuant To 11 U.S.C. §362(a) And Waiver Of Thirty Day Requirement Pursuant To 11 U.S.C. §362(e) filed by the U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST on October 19, 2018, is hereby **GRANTED** so as to authorize the Movant to take any and all steps necessary to exercise any and all rights it may have in the property described, to wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 742, OF THE 4TH DISTRICT, 3RD SECTION OF BARTOW COUNTY, GEORGIA AND BEING LOT 386 THE WATERFORD, UNIT I, PHASE I, AS SHOWN ON PLAT RECORDED IN PLAT BOOK 7, PAGE 259, OF THE BARTOW COUNTY, GEORGIA RECORDS, WHICH PLAT BY REFERENCE IS INCORPORATED HEREIN FOR A MORE COMPLETE DESCRIPTION OF THE PROPERTY.

MORE COMMONLY KNOWN AS: 498 WATERFORD DR, CARTERSVILLE, GA 30120.

**IT IS FURTHER ORDERED** that all foreclosure sales proceeds which exceed Movant's lawful claim shall be remitted to the Trustee promptly.

**IT IS FURTHER ORDERED** that the Trustee will cease funding Movant's claim.

**IT IS FURTHER ORDERED** that Relief from the Automatic Stay is granted, allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon (or to enter into a Deed in Lieu of Foreclosure) and obtain possession of the Property. And it is further

**ORDERED** this Order is immediately effective and it is not stayed by operation of law,

notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3).

END OF DOCUMENT

Prepared and submitted by:

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

| | | |
|---|---|---|
| BY: | /s/ BRANDI R. LESESNE | /s/ BRANDI L. KIRKLAND w/express permission |
| | BRANDI R. LESESNE | BRANDI L. KIRKLAND |
| | GA NO. 141970 | GA NO. 423627 |
| | 4004 BELT LINE ROAD SUITE 100 | MARY IDA TOWNSON |
| | ADDISON, TX 75001 | 191 PEACHTREE STREET NE |
| | Telephone: (972) 341-0500 | SUITE 2200 |
| | Facsimile: (972) 661-7725 | ATLANTA, GA 30303 |
| | E-mail: ga.nd.ecf@bdfgroup.com | Telephone: (404) 525-1110 |
| | ATTORNEY FOR MOVANT | E-mail: brandik@atlch13tt.com |
| | | CHAPTER 13 TRUSTEE |

# DISTRIBUTION LIST

**DEBTOR:**
BRENDA DIANE GREEN
498 WATERFORD DR
CARTERSVILLE, GA 30120-6456

BRENDA DIANE GREEN
498 WATERFORD DRIVE
CARTERSVILLE, GA 30120

**MORTGAGORS:**
ESTATE OF RONNIE LEE GREEN
498 WATERFORD DRIVE
CARTERSVILLE, GA 30120

**TRUSTEE:**
MARY IDA TOWNSON
191 PEACHTREE STREET NE
SUITE 2200
ATLANTA, GA 30303-1740

**DEBTOR'S ATTORNEY:**
BRIAN R CAHN
5 S. PUBLIC SQUARE
CARTERSVILLE, GA 30120

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
SYNCHRONY BANK
PRA RECEIVABLES MANAGEMENT, LLC
P.O. BOX 41021
NORFOLK, VA 23541

FEDERAL NATIONAL MORTGAGE ASSOCIATION
SETERUS, INC.
14523 SW MILLIKAN WAY
SUITE 200
BEAVERTON, OR 97005

FEDERAL NATIONAL MORTGAGE ASSOCIATION
MALLORY VELTEN, BROCK AND SCOTT, PLLC
4360 CHAMBLEE DUNWOODY RD.

SUITE 310
ATLANTA, GA 30341